UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BAILEY,

        Plaintiff,

v.                                              Case No.: 8:04-CV-2469-T-23MAP

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.
_____/

**REPORT AND RECOMMENDATION**

      This case is before the court upon Defendant's Motion for Entry of Judgment with Remand (doc. 19) pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3). After considering the motion, and the grounds stated in support, it is

      RECOMMENDED:

      1. The Motion for Entry of Judgment with Remand (doc. 19) be GRANTED, the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) to further develop the medical evidence, fully evaluate the medical opinions of record and provide the reason for the weight accorded to the opinions, and conduct an analysis of any impairment due to drug and alcohol addiction on the expanded

record under any pertinent regulations.

IT IS SO RECOMMENDED at Tampa, Florida on this 14th day of October, 2005.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).

Copies furnished to:
Honorable Steven D. Merryday
Counsel of Record