UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BAILEY,

    Plaintiff,

v.                                                 CASE NO: 8:04-cv-2469-T-23MAP

JO ANNE BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

United States Magistrate Judge Mark A. Pizzo issues a report (Doc. 22) and recommends that the court grant the defendant's motion (Doc. 19) for entry of judgment with remand.  The plaintiff objects (Doc. 23) to that portion of the Magistrate Judge's report that recommends remand to "conduct an analysis of any impairment due to drug and alcohol addiction on the expanded record under any pertinent regulations" (Doc. 22 at 1-2) but fails to provide any authority to support his objection.  The plaintiff's objection (Doc. 23) to the Magistrate Judge's report neither identifies nor establishes an error in the Magistrate Judge's findings of fact or application of law.

Upon reviewing the report, along with the parties' motions and memoranda (Docs. 19, 20, 21), the plaintiff's objection (Doc. 23) is **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 22) is **ADOPTED**.  Accordingly, the defendant's motion (Doc. 19) for entry of judgment with remand is **GRANTED**.

Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **REVERSED** and **REMANDED** to further develop the medical evidence, fully evaluate the medical opinions of record and explain the weight accorded to the opinions, and conduct an analysis of any impairment due to drug addiction on the expanded record under the pertinent regulations.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on October 26, 2005.

                                                            STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy