UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BAILEY,

    Plaintiff,

v.                                   CASE NO.: 8:04-CV-2469-T-23MAP

JO ANNE B. BARNHART, Commissioner
of the Social Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Plaintiff's uncontested motion for an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc. 26).[1] The Plaintiff seeks attorney's fees in the amount of $3,525 ($125/hour for 28.2 hours). The Commissioner has advised this Court that they do not oppose the Plaintiff's request.

On October 27, 2005, judgment was entered against the Commissioner (doc. 25) and the case was reversed and remanded to the Defendant for further action consistent with the Court's order (doc. 24). Thus, a final judgment was rendered in this action and the Plaintiff is the prevailing party. Moreover, the Plaintiff's EAJA request is timely. Accordingly, it is hereby

**RECOMMENDED:**

1. That the Plaintiff's uncontested petition for award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (doc. 26) be GRANTED and that the Plaintiff be awarded attorney's fees and costs in the amount of $3,186.25 ($3,011.25 in fees plus $175.00 in

---

[1] Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), United States District Judge Steven D. Merryday referred this motion to me a report and recommendation.

costs).

IT IS SO RECOMMENDED Tampa, Florida on this 10th day of February, 2006.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice.  28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).

cc:     Counsel of Record
        The Honorable Steven D. Merryday