UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BAILEY,

    Plaintiff,

v.                                   CASE NO: 8:04-cv-2469-T-23MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant,
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's February 10, 2006, report and recommendation (Doc. 33), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 33) is **ADOPTED**. The plaintiff's motion (Doc. 26) for award of attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is **GRANTED**. The Clerk is directed to enter judgment in favor of the plaintiff in the amount of $3,186.25 ($3,011.25 in fees plus $175.00 in costs).

ORDERED in Tampa, Florida, on March 6, 2006.

_____
**STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE**